■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLER SIMMERMAN, Appellant. [39 NYS3d 778]—Judgment,

Supreme Court, Bronx County (Troy K. Webber, J.), rendered May 14, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [1st Dept 2016]), we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Saxe, Moskowitz, Kahn and Gesmer, JJ.